164 So. 921
### Henry McDUFFIE v. STATE.
#### 4 Div. 185.

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Appeal dismissed.

170 So. 921
### Charlie McGLORN, alias McLeon, v. STATE.
#### 4 Div. 288.

Court of Appeals of Alabama.
Nov. 10, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 925
### Bertha McKINNON v. STATE.
#### 4 Div. 289.

Court of Appeals of Alabama.
Nov. 10, 1936.

RICE, Judge.
Affirmed.

174 So. 902
### Luther McLAIN v. STATE.
#### 6 Div. 83.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Appeal dismissed.

171 So. 924
### Will, Alias W. M., McNEAL v. STATE.
#### 4 Div. 307.

Court of Appeals of Alabama.
Nov. 10, 1936.

Rehearing Stricken Dec. 15, 1936.

John C. Walters, of Troy, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

167 So. 922
### Robert MADDOX v. STATE.
#### 7 Div. 223.

Court of Appeals of Alabama.
March 24, 1936.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 902
### Oliver MADISON v. STATE.
#### 6 Div. 86.

Court of Appeals of Alabama.
May 11, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 911
### Jack MANAC v. STATE.
#### 1 Div. 249.

Court of Appeals of Alabama.
June 15, 1936.

PER CURIAM.
Appeal dismissed on motion of appellant.